UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:20-cv-23264-KMW

ESMERIDO OLIVA CHACON,            )
                                  )
        Plaintiff(s),             )
                                  )
v.                                )
                                  )
HOMELAND PATROL CORPORATION       )
(*et al.*),                       )
                                  )
        Defendant(s).             )
                                  )
                                  )
_____)

## NOTICE OF SETTLEMENT

Plaintiff, ESMERIDO OLIVA CHACON, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendants in the above referenced matter. To that end, the parties are finalizing the non-monetary terms of their resolution and anticipate filing the appropriate dismissal and/or approval documents with this Court within the next thirty (30) days.

Respectfully submitted,

**s/Tanesha W. Blye**
Tanesha W. Blye (FBN:0738158)
E-mail: tblye@saenzanderson.com
Aron Smukler (FBN: 0738158)
Email:asmukler@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida  33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff*

Case No.: 1:20-cv-23264-KMW

## CERTIFICATE OF SERVICE

I hereby certify that on February 09, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **Tanesha W. Blye**

## SERVICE LIST

**ESMERIDO OLIVA CHACON v. HOMELAND PATROL CORPORATION**
Case No.1:20-cv-23264-KMW
**United States District Court, SOUTHERN District of Florida**

| | |
|---|---|
| Aron Smukler, Esq. | EMMANUEL PEREZ |
| E-Mail: asmukler@saenzanderson.com | E-Mail: courtmail@lawperez.com |
| Tanesha W. Blye, Esq. | LAW OFFICES OF EMMANUEL PEREZ |
| E-mail: tblye@saenzanderson.com | & ASSOCIATES, P.A. |
| SAENZ & ANDERSON, PLLC | 901 Ponce De Leon Boulevard Suite 101 |
| 20900 N.E. 30th Avenue, Suite 800 | Coral Gables, 33134 |
| Aventura, Florida  33180 | Telephone: (305) 442-7443 |
| Telephone: (305) 503-5131 | Facsimile: (305) 441-9218 |
| Facsimile: (888) 270-5549 | *Attorney for Defendant(s)* |
| *Counsel for Plaintiff* | |